In the Matter of the Application of JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant, for an Order of Certiorari against GEORGE MCANENY et al., Constituting the Transit Commission of the State of New York, Respondents.

*Street railways — transfers — validity of order of transit commission directing railway company and its receiver to honor transfers.*

*Matter of Hedges* v. *McAneny*, 205 App. Div. 887, affirmed.

(Argued October 3, 1923; decided October 23, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1923, which dismissed an order of certiorari and confirmed a determination of the transit commission of the state of New York directing the New York Railways Company and its receiver to honor transfers issued by the Ninth Avenue Railroad Company and presented at Fifty-third street and Seventh avenue, by carrying the passenger presenting such transfer at that point east from Seventh avenue to Sixth avenue and south along Sixth avenue, without charging, demanding or collecting any fare therefor.

*Henry J. Smith* and *George Roberts* for appellant.

*George H. Stover* and *William G. Fullen* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of SAMUEL WELTMAN, an Incompetent Person.

JOSEPH W. GOTTLIEB, as Committee of the Person, Appellant; CHASE NATIONAL BANK, as Committee of the Property, Respondent.

*Incompetent persons — allowance to committee of person for services properly reduced.*

*Matter of Weltman*, 206 App. Div. 716, affirmed.

(Submitted October 3, 1923; decided October 23, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department,